# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Alicea ,<br><br>Plaintiff(s),<br><br>v.<br><br>Village of Stickney, et al,<br><br>Defendant(s). | Case No.  15-cv-7795<br>Judge  Sara L. Ellis |

## ORDER

Joseph E. Urani's motion for removal from service list [80] is granted.  Attorney Joseph E Urani terminated. Agreed motion to approve settlement with Cook County Defendants and distribution [82] is granted.  Enter Agreed Order. Plaintiff's claims against the Cook County Defendants, Cook County Sheriff, Jude Mercado, Lorraine Chatman, Bernard McNutt, Anita Johnson, Mirella Susnjar, Cherri Kryszowski, Helen Kanel, Deborah Awoyemi, Manuel Manalstas, Wanda Estes, and Cook County, is hereby dismissed with prejudice pursuant to settlement and without costs or attorneys' fees to either party, all matters of controversy having been settled in accordance with the Settlement Agreement and General Release.  The claims against the remaining Defendants (Village of Stickney and its individual police officers Colin Lochridge, Pedro Garcia, Kretch and Kevin McGuire; All Our Children's Advocacy Center, Maria Ramirez, Danielle Butts) are still pending.  Enter Order Approving Settlement and Distribution.  For further details see separate order[s].

Date:  2/29/2016                                                              /s/ Sara L. Ellis