IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA ALICEA as Next Friend of E.L., a minor,) | |
| ) | |
| Plaintiff, ) | |
| ) | No: 15-cv-7795 |
| v. ) | |
| ) | Judge Sara L. Ellis |
| VILLAGE OF STICKNEY, OFFICER ) | |
| LOCHRIDGE, OFFICER PEDRO GARCIA, ) | |
| OFFICER KRETCH, OFFICER KEVIN ) | |
| MCGUIRE, MARIA RAMIREZ, DANIELLE ) | |
| BUTTS, ALL OUR CHILDREN'S ADVOCACY ) | |
| CENTER, COOK COUNTYSHERIFF, JUDE ) | |
| MERCADO, LORRAINE CHATMAN, ) | |
| BERNARD MCNUTT, ANITA JOHNSON, ) | |
| MIRELLA SUSNJAR, CHERRI KRZYZOWSKI, ) | |
| HELEN KANEL, DEBORAH AWOYEMI, ) | |
| MANUEL MANALSTAS, WANDA ESTES, and ) | |
| COOK COUNTY, ) | |
| ) | |
| Defendants. ) | **JURY DEMANDED** |

## AGREED ORDER

This matter coming upon the agreement of the parties, all matters and controversy having been settled, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that:

1. Plaintiff's claims against the Cook County Defendants, Cook County Sheriff, Jude Mercado, Lorraine Chatman, Bernard McNutt, Anita Johnson, Mirella Susnjar, Cherri Kryszowski, Helen Kanel, Deborah Awoyemi, Manuel Manalstas, Wanda Estes, and Cook County, is hereby dismissed with prejudice pursuant to settlement and without costs or attorneys' fees to either party, all matters of controversy having been settled in accordance with the Settlement Agreement and General Release.

2. The claims against the remaining Defendants (Village of Stickney and its individual police officers Colin Lochridge, Pedro Garcia, Kretch and Kevin McGuire; All Our Children's Advocacy Center, Maria Ramirez, Danielle Butts) are still pending.

**IT IS SO ORDERED.**

2/29/2016

Judge Sara L. Ellis
United States District Court

Mary J. Grieb
The Shiller Preyar Law Offices
601 S. California Ave.
Chicago, IL 60612
(312) 226-4590